# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:14CV1960T36XBR

Plaintiff:
**J PAYNE**

vs.

Defendant:
**LIFE INSURANCE COMPANY OF NORTH AMERICA and CBRE SERVICES, INC.**

For:
Paul S. Kimsey, Esq.
Kimsey Law Firm, PA
3816 West Linebaugh Avenue
Suite 204
Tampa, FL 33624

MJD2014013897

Received by Strickland-Fletcher Group, Inc. on the 26th day of August, 2014 at 8:20 am to be served on **CBRE Services, Inc. c/o CT Corporation System, Registered Agent, 1200 S. Pine Island Rd., Plantation, FL 33324.**

I, Eric Deal, being duly sworn, depose and say that on the **4th day of September, 2014 at 3:14 pm**, I:

**NON-SERVED the Summons in a Civil Action and Complaint with Exhibits for the reason that I failed to find CBRE Services, Inc. c/o CT Corporation System, Registered Agent at 1200 S. Pine Island Rd., Plantation, FL 33324** or any information to allow further search. Read the comments below for further details.

Additional Information pertaining to this Service:

No listing with CT Corporation or Florida Department of State.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of
September, 2014 by the affiant who is personally known to
me.

_Everton Baggoo_
NOTARY PUBLIC

EVERTON E. BAGGOO
Notary Public - State of Florida
My Comm. Expires Jan 5, 2017
Commission # EE 843775
Bonded Through National Notary Assn.

Eric Deal
SPS 336

Strickland-Fletcher Group, Inc.
P.O. Box 271770
Tampa, FL 33688
(727) 639-3767

Our Job Serial Number: MJD-2014013897
Ref: 14-03-165

Copyright 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n